**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TRACEY HAMILTON,**<br><br>*Plaintiff,*<br><br>v.<br><br>**VETERANS MULTI-SERVICE CENTERS, INC.,**<br><br>*Defendant.* | **Case No. 2:25-cv-03744-JDW** |

**ORDER**

**AND NOW**, this 23rd day of October, 2026, upon consideration of Defendant Veterans Multi-Service Centers, Inc.'s Motion For Summary Judgment (ECF No. 27), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.